UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
     Plaintiff,       Index # 08-CV-2863

 -against-
                **CERTIFICATE OF SERVICE**

ERASMO RAMIREZ
d/b/a RESTAURANT CUCHIFRILO EL CHUPE
and ERASMO RAMIREZ
     Defendants,
_____

  I certify that a copy of the May 14, 2008, Order For Initial Pretrial Conference and Scheduling Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on May 16, 2008:

To: Erasmo Ramirez
   d/b/a Restaurant Cuchifrilo El Chupe
   216 E. 170th Street
   Bronx, NY 10456

   Erasmo Ramirez
   216 E. 170th Street
   Bronx, NY 10456


        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766