UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CV 02863

J & J SPORTS PRODUCTIONS, INC.
    Plaintiff

    against

ERASMO RAMIREZ
ERASMO RAMIREZ
    Defendant

STIPULATION
DISCONTINUING
ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 19, 2008

_____
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
United States District Judge

5/19/08